P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Jesus Perez, Jr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>            v.<br><br>JESUS PEREZ, JR.,<br><br>                      Defendant. | CASE NO. 1:24-CR-00009 JLT<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE;<br><br>DATE: January 7, 2026<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release violation on January 7, 2026. The parties agree and stipulate to continue the status conference until February 19, 2026, to accommodate the schedule of counsel, for further preparation for the status conference, and to discuss the consequences of an admission to the TSR violation considering his plea to state court charges.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on a supervised release violation on January 7, 2026.

2.      By this stipulation, defendant now moves to continue the status conference until **February 19, 2026, at 2:00 p.m.**

3.      No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated: January 5, 2026

ERIC GRANT
United States Attorney

/s/ NICHOLAS KARP
NICHOLAS KARP
Assistant United States Attorney

Dated: January 5, 2026

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
JESUS PEREZ, JR.

### ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for January 7, 2026 at 2:00 p.m. is continued to February 19, 2026 at 2:00 P.M. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated: **January 5, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE